UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA *ex rel.*
JOHN A. WOOD, and on behalf of the
STATES of CALIFORNIA, COLORADO, :     ECF CASE
CONNECTICUT, DELAWARE,
FLORIDA, GEORGIA, HAWAII, :     Case No. 19 Civ. 4029 (JMF)
ILLINOIS, INDIANA, LOUISIANA,
MASSACHUSETTS, MICHIGAN, :     **FILED UNDER SEAL**
MINNESOTA, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY, :
NEW MEXICO, NEW YORK, NORTH
CAROLINA, OKLAHOMA, RHODE ISLAND, :
TENNESSEE, TEXAS,
VIRGINIA, WISCONSIN and the :
DISTRICT OF COLUMBIA,
                                                       :
                 Plaintiffs,
                                                       :
            v.
                                                           :
ALLERGAN, INC.,
                                                           :
                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## THE PLAINTIFF STATES' NOTICE OF DECISION TO DECLINE INTERVENTION

Pursuant to their respective state statutes, the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and the District of Columbia ("the Plaintiff States"), through the undersigned counsel of the State of New York, hereby respectfully notify the Court of their respective decisions not to intervene in the above-referenced *qui tam* action.

Although the Plaintiff States decline to intervene, the Plaintiff States respectfully request

under their respective statutes, which permit Relator to maintain the action in the name of the States, that Relator be permitted to dismiss the case on behalf of each of the Plaintiff States only if the Court and each such State give written consent to the dismissal and their reasons for consenting.

Therefore, if Relator proposes on behalf of any of the Plaintiff States that this action be dismissed, settled or otherwise discontinued, the Plaintiff States request that this Court direct Relator to first solicit and submit to the Court the written consent of each of the Plaintiff States before the Court rules upon or grants approval of the proposed dismissal.

The Plaintiff States also request that all pleadings filed in this action be served on each of them and that all orders issued by the Court be sent to each of them by Relator's counsel. The Plaintiff States reserve their right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

A proposed joint Order, for the United States and the Plaintiff States, accompanies this Notice.

Dated: June 28, 2019

Respectfully,

LETITIA JAMES
Attorney General of the State of New York

By: Hillary Chapman
Special Assistant Attorney General
Medicaid Fraud Control Unit
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005